IN RE PETITION OF NEVILLE FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM.

[Cite as In re Petition of Neville (1990), 49 Ohio St. 3d 223.]

(No. 89-1729 — Submitted January 9, 1990 — Decided March 7, 1990.)

*Randy Neville,* appellant, *pro se.*

*Anthony J. Celebrezze, Jr.,* attorney general, and *Alexander G. Thomas,* for appellee Arthur Tate, Jr.

*Per Curiam.* The judgment of the Court of Appeals for Columbiana County is affirmed on authority of *In re Petition of Brown* (1990), 49 Ohio St. 3d 222, 551 N.E. 2d 954.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.